1  McGREGOR W. SCOTT
   United States Attorney
2  ROBERT J. ARTUZ
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

**SEALED**

**FILED**
JUN 0 1 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  IN THE MATTER OF THE APPLICATION          CASE NO. 2:18-SW-0479  CKD
    OF THE UNITED STATES OF AMERICA
12  FOR AN ORDER PURSUANT TO § 2703(d)
    subscribers IDENTIFIED BY Eric Willis     [PROPOSED] ORDER
13  (btspresents@att.net), U-Verse Account Id:
14  144503560; and Joshua George
    (joshua9657@att.net), U-Verse Account ID: **UNDER SEAL**
15  134920240

16

17                                    **ORDER**

18       The United States has submitted an application pursuant to 18 U.S.C. § 2703(d), requesting that

19  the Court issue an Order requiring AT&T Corporation, an electronic communications service provider

20  and/or a remote computing service located in Dallas, TX, to disclose the records and other information

21  described in Attachment A to this Order.

22       The Court finds that the United States has offered specific and articulable facts showing that

23  there are reasonable grounds to believe that the records or other information sought are relevant and

24  material to an ongoing criminal investigation.

25       The Court determines that there is reason to believe that notification of the existence of this

26  Order will seriously jeopardize the ongoing investigation, including by giving targets an opportunity to

27  flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior,

28

[PROPOSED] ORDER                                1

or notify confederates. See 18 U.S.C. § 2705(b)(2), (3), (5).

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(d), that AT&T Corporation shall, within ten days of the date of this Order, disclose to the United States the records and other information described in Attachment A to this Order.

IT IS FURTHER ORDERED under 18 U.S.C. § 2705(b) that AT&T Corporation shall not disclose the existence of the application of the United States, or the existence of this Order of the Court, to the subscribers of the account(s) listed in Attachment A, or to any other person, for 180 days from the date of the order, unless extended, except that AT&T Corporation may disclose this Order to an attorney for AT&T Corporation for the purpose of receiving legal advice.

Dated: 5/31/2018

_____
Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

## ATTACHMENT A

### I.   The Account(s)

The Order applies to certain records and information associated with the subscribers identified by Eric Willis (btspresents@att.net), U-Verse Account Id: 144503560; and Joshua George (joshua9657@att.net), U-Verse Account ID: 134920240.

### II.   Records and Other Information to Be Disclosed

AT&T Corporation is required to disclose the following records and other information, if available, to the United States for each account or identifier listed in Part I of this Attachment ("Account"), for the time period 11/01/15 to the present:

A.   The following information about the customers or subscribers of the Account:
   1. Names (including subscriber names, user names, and screen names);
   2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);
   3. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;
   4. Length of service (including start date) and types of service utilized;
   5. Telephone or instrument numbers (including MAC addresses);
   6. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and
   7. Means and source of payment for such service (including any credit card or bank account number) and billing records.

B.   All records and other information (not including the contents of communications) relating to the Account, including:
   1. Records of user activity for each connection made to or from the Account, including log files; messaging logs; the date, time, length, and method of connections; data transfer volume; user names; and source and destination Internet Protocol addresses; and
   2. Information about each communication sent or received by the Account, including the date and time of the communication, the method of communication, and the source and destination of the communication (such as source and destination email addresses, IP addresses, and telephone numbers).