**SEALED**

McGREGOR W. SCOTT
Acting United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

NOV 20 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO § 2703(d) subscribers IDENTIFIED BY Eric Willis (btspresents@att.net), U-Verse Account Id: 144503560; and Joshua George (joshua9657@att.net), U-Verse Account ID: 134920240 | CASE NO.  2:18-SW-479 CKD<br><br>[PROPOSED] ORDER TO PRECLUDE NOTICE PURSUANT TO 18 U.S.C. § 2705(b)<br><br>**UNDER SEAL** |

## ORDER

IT APPEARING that prior notice of this Order to any person of this investigation or this application and Order entered in connection therewith would seriously jeopardize the investigation;

IT IS ORDERED that, pursuant to 18 U.S.C. § 2705(b), AT&T Corporation shall not disclose the existence of the order, the application, or this Order of the Court, to the listed subscriber or to any other person, for 180 days from the date of this Order.

The Court determines that there is reason to believe that notification of the existence of the underlying order will seriously jeopardize the investigation or unduly delay a trial, including by: by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence and/or change patterns of behavior. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that AT&T Corporation shall not disclose the existence of the underlying order, or this Order of the Court, to the listed subscriber or to

1 any other person, unless and until otherwise authorized to do so by the Court, except that AT&T
2 Corporation may disclose the order to an attorney for AT&T Corporation for the purpose of receiving
3 legal advice.
4     IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise
5 ordered by the Court.

7 Dated: November 20, 2018

Hon. Edmund F. Brennan
U.S. MAGISTRATE JUDGE