McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
MAY 0 7 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTERS OF APPLICATIONS OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d): | [PROPOSED] ORDER TO REQUEST TO UNSEAL APPLICATIONS AND ORDERS PURSUANT TO § 2703(d) |
| MOBILE-PHONE ACCOUNTS IDENTIFIED BY 980-254-1979, 704-430-4334, and 916-807-0027 | 2:18-SW-0477 CKD |
| SUBSCRIBERS IDENTIFIED BY Eric Willis (btspresents@att.net), U-Verse Account Id: 144503560; and Joshua George (joshua9657@att.net), U-Verse Account ID: 134920240 | 2:18-SW-0479 CKD |
| RE: MOBILE-PHONE ACCOUNT IDENTIFIED BY 916-710-3366. | 2:18-SW-0512 EFB |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 5/6/19

The Honorable Allison Claire
UNITED STATES MAGISTRATE JUDGE